| AUSA: | DePorre | Telephone: | (810) 766-5177 |
|---|---|---|---|
| Special Agent: | Hurt | Telephone: | (810) 341-5710 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Julius Karron Jordan,

Case No. 4:22-mj-30084
Judge: Ivy, Curtis
Filed: 02-18-2022

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 15, 2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an unregistered firearm |

This criminal complaint is based on these facts:

I have probable cause to believe that on February 15, 2022, in the Eastern District of Michigan, Julius Karron Jordan, knowingly possessed, in and affecting commerce, an unregistered firearm in violation of 26 U.S.C. § 5861(d).

☑ Continued on the attached sheet.

_Complainant's signature_

Dustin Hurt, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: February 18, 2022

_Judge's signature_

City and state: Bay City, MI

Hon. Patricia T. Morris, United States Magistrate Judge
_Printed name and title_

## **AFFIDAVIT**

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      On February 15, 2022, fully marked Michigan State Police Troopers were travelling westbound on Welch Boulevard near Euclid Avenue when a dark Chevrolet Malibu bearing FL Registration: GHSK87 (suspect vehicle) was observed make an abrupt southbound turn onto Pontiac Street from Welch Boulevard. While attempting to catch up to the suspect vehicle, troopers observed the suspect vehicle disregard the stop sign from Pontiac Street while turning west bound onto Copeman Boulevard. A Trooper approached the intersection of Copeman Boulevard from Pontiac Street and observed the suspect vehicle disregard another stop sign turning westbound on to Begole Street where the suspect vehicle turned into the first driveway on the northside of the road. A traffic stop was conducted at this time and contact was made with the occupants identified as Julius Karron Jordan (M/B XX/XX/1997), the driver, and Reginald Labarron Hunter (M/B XX/XX/1996), the passenger.

4.      Trooper McCabe made contact with Hunter and immediately observed a firearm, later determined to be a FN (FN Herstal) model: PS90 caliber 5.7 bearing S/N: FN121323, at his feet in the vehicle. Troopers asked the occupants if they had Concealed Pistol Licenses (CPL) or if they were "Open Carrying." The occupants advised they were open carrying. At this time, Trooper Whipple observed what he recognized to be a .223/5.56 caliber magazine protruding from under Jordan's driver

seat. Both occupants were asked the exit the vehicle where they were placed in handcuffs.

5. Trooper McCabe retrieved the FN PS90 5.7 caliber rifle from where Hunter was seated. The FN rifle contained a magazine loaded with 44 5.7 rounds of ammunition with an additional round chambered in the firearm (45 total rounds). Trooper Whipple retrieved the firearm located beneath Jordan's seat which was determined to be a Talon Armament, LLC model: TAC-GAR15 5.56 caliber rifle bearing S/N: G20A1820. It was clear to the Troopers that the Talon Armament rifle was a short barrel rifle with a collapsible stock. I later verified this. The rifle had 39 rounds of ammunition in the magazine with an additional round chambered in the firearm. The firearms were seized and both Jordan and Hunter were arrested and lodged at the Genesee County Jail on local firearms related charges.

6. On February 16, 2022, I measured the Talon Armament, LLC model: TAC-GAR15 5.56 caliber rifle at the Michigan State Police Flint Post Property Room. The barrel of the rifle measured nine (9) inches with the breach of the firearm closed. The overall length of the rifle was 24 inches with the stock collapsed and 27 ¼ inches with the stock extended. The rifle was not designed to be fired with one hand. This rifle meets the federal definition of a short barrel rifle.

7. On February 16, 2022, I conducted an eTrace request on the SBR located in Jordan's possession. The eTrace result shows that Jordan did not purchase the firearm from a federally licensed firearms dealer.

8. On February 18, 2022, I contacted ATF Industry Operations Investigator (IOI) Klockenga about Jordan's status in the National Firearms Registration and Transfer Record (NFRTR). IOI Klockenga advised that Jordan showed nothing registered in the NFRTR under his name or Social Security Number.

9. Based on the foregoing, I have probable cause to believe that on February 15, 2022, in the Eastern District of Michigan, Julius Karron Jordan, knowingly possessed, in and affecting commerce, an unregistered firearm in violation of 26 U.S.C. § 5861(d).

_____
Dustin Hurt
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 18th day of February, 2022.

_____
Hon. Patricia T. Morris
United States Magistrate Judge

4